# UNITED STATES DISTRICT COURT
for the
Western District of Pennsylvania

| | |
|---|---|
| United States of America ) | |
| v. ) | Case No. 18-1372M |
| ) | |
| DURELL ANTHONY JONES ) | |
| *Defendant* ) | |

## ORDER SCHEDULING A DETENTION HEARING

A detention hearing in this case is scheduled as follows:

| Place: 700 Grant Street<br>Pittsburgh, PA 15219 | Courtroom No.: Courtroom 10A |
|---|---|
| | Date and Time: 10/25/18 at 10:30 AM |

**IT IS ORDERED:** Pending the hearing, the defendant is to be detained in the custody of the United States marshal or any other authorized officer. The custodian must bring the defendant to the hearing at the time, date, and place set forth above.

Date: 10/22/18

*Judge's signature*

Lisa Pupo Lenihan, United States Magistrate Judge
*Printed name and title*